**In the United States Bankruptcy Court
For the Eastern District of Pennsylvania**

| | |
|---|---|
| In re Robert W. Ishmael | : Chapter 7 |
| Debtor(s) | : Bankruptcy No. 05-16306 SR |
| Richard Nelson | : |
| Plaintiff | : |
| v. | : |
| Robert W. Ishmael | : |
| Defendant | : |
| | : Adv. No. 07-287 |

# Order

**And now**, upon consideration of the Complaint of Richard Nelson to Determine Dischargeability of Debt, the Debtor's Answer thereto, after a trial held on October 21, 2008, and for the reasons set forth in the foregoing Opinion, it is hereby:

**Ordered,** that judgment is entered in favor of the Debtor/Defendant and against the Plaintiff. The Plaintiff's claims against the Debtor are dischargeable.

By the Court:

_Stephen Raslavich_
Stephen Raslavich
United States Bankruptcy Judge

Dated: November 21, 2008

<u>Interested Parties</u>:

George Conway, Esquire
Office Of The U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia PA  19106

<u>Counsel for Plaintiff</u>

Jason Greshes, Esquire
BEGGIN & GRESHES
1628 JFK Boulevard, Suite 1700
Philadelphia, PA 19103


<u>Counsel for Debtor/Defendant</u>

Allan K. Marshall, Esquire
1819 JFK Boulevard, Suite 400
Philadelphia, PA 19103